Duncan Meter Corporation, Plaintiff, v. Parking Meter Corporation of America et al., Defendants. Harvey Shaw, Appellee, v. Duncan Meter Corporation, Appellant.

Gen. No. 42,615.

Heard in the second division, first district, this court at the April term, 1943; opinion filed January 18, 1944; rehearing denied February 2, 1944. Samuel G. Rautbord and Hutton, Clark & Hutton, for appellant; Jack E. Dwork, Harry G. Fins and Stephen Love, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.